IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00227-REB
(Civil Action No. 12-cv-01202-REB)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. THADAUS JACKSON,

    Defendant-Movant.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Robert E. Blackburn [#62], filed April 11, 2013, the following Final Judgment is hereby entered:

1. That the defendant-movant's Motion Under 28 U.S.C. § 1155 To Vacate, Set Aside or Correct Sentence By A Person In Federal Custody [#56] filed May 7, 2012, is DENIED;

2. That under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED; and

3. The corresponding civil action is hereby CLOSED.

DATED at Denver, Colorado, this  15th  day of April, 2013.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By: s/Edward P. Butler
                            Edward P. Butler, Deputy Clerk